BEFORE THE SECOND DIVISION, MAY 2, 1947

**No. 51691.**—Protest 916411-G of Halle Bros. Co. (Cleveland).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiff was sustained.